## ATTACHMENT A-STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Michael Eugene Aldridge, age 42, is a resident of Hampstead, MD.

ALDRIDGE utilized two email addresses, specifically meadjshakes@yahoo.com and blues10xtreme2001@yahoo.com, to distribute and receive images and videos of child pornography on a number of occasions.

Specifically, on February 7, 2014 at 12:05PM, ALDRIDGE using the email address "meadjshakes@yahoo.com" sent an email to another individual with the following message, "I have window peeps of my 13yo neighbor, hidden peeps of 14yo stepdaughter and 15yo stepdaughter if interested." In a subsequent email, ALDRIDGE wrote, "First will be my 13yo neighbor who doesn't close her window blinds", and then he sent an email with a video file attachment entitled IMG_3729.MOV with the subject line, "Here's she is." The video file depicts naked minor female walking around in what appears to be her bedroom. The naked minor female bends over to wrap her wet hair in a towel. While the naked minor female is bent over, the individual producing the video zooms in on the naked female's genitalia area. ALDRIDGE then sent an email where he wrote, "She's a nicely developed just turning 13yo."

Continuing on February 7, 2014 at 9:48PM, ALDRIDGE sent an email to the other individual with a video file entitled "IMG_3730.MOV" attached, and the subject line of the email was "Here." This video file depicts the same naked minor female as described above. In this video, the minor female gets up from a sitting position and walks towards the window. While the naked minor female is facing the window and putting on a shirt, the camera zooms in on the minor female's genital area. ALDRIDGE explained in a subsequent email that he took

the videos outside of the minor female's window and that "She lives 3 houses down." The other individual then commented "Lol. You think she would know people can see her through the window. But good vids. That's what I like about you. You make an effort to get your own stuff. Most of these guys just get stuff off the web and post it."

The email exchange between ALDRIDGE and this other individual then focused on a 7 year old female who is the granddaughter of the other individual's roommate and how he is sexually abusing her and plans to video tape the abuse when the 7 year old female is there visiting in two weeks. The other individual then sent ALDRIDGE 22 images of the 7 year old female sleeping on a couch. ALDRIDGE then wrote, "r u gonna let me watch ;)" and then wrote that he wanted the other individual to "play with her special spot," and how "Ibuprofen makes them sleep even sounder if you wanna go that way lol." ALDRIDGE then went on to explain to the other individual that he gave two ibuprofen to "her" and he (ALDRIDGE) "was able to get her panties and everything off and licked her special spot for like 10 minutes. It was great!"

On February 8, 2014, ALDRIDGE sent an email to the other individual and clarified that he gave his 8 year old step daughter ibuprofen and went on to write, "I wish I would have takin videos of it but I ddin't. Sorry or I would share it you know that." [sic] ALDRIDGE then went on to thank the other individual for offering to make the video for him and assured the other individual that he will "keep it private and for my eyes only, you have my word." ALDRIDGE later offered to share more videos with the other individual of his "oldest stepd's friend when she would stay the night. I would hide the camera in the bathroom and caught her undressing. She's a little thicker but I love it!"

Continuing on February 8, 2014, ALDRIDGE sent the other individual an email with the

2

video file entitled IMG_3733.MOV attached with the subject line, "Here's part 1" and in the body of the email wrote, "Hid the camera behind her trash can. :)" This video file depicts Jane Doe, a female who has been identified and was approximately 15 years old at the time, getting undressed and putting on a bathing suit. At one point in the video, Jane Doe is naked from the waist down and her genitalia are exposed to the camera. ALDRIDGE then wrote that he had "more of her I took through her window."

On February 11, 2014, ALDRIDGE sent a video file to the other individual entitled IMG_3790.MOV and depicted a prepubescent female taking off her bathing suit and drying off with a towel to include her genital area. ALDRIDGE wrote in the body of the email, "I'm sorry for the quality but I have it on a flash drive and it won't let me load it to here so I have to video it and save it and send it this way. But it is still nice." ALDRIDGE went on to write that the prepubescent female depicted in the video was the daughter of his best friends.

Further investigation revealed that ALDRIDGE also used the email address blues10xtreme2001@yahoo.com to distribute and receive child pornography. On October 7, 2013, ALDRIDGE used this email address to send three videos that depicted female minors getting dressed and undressed to a separate email address, and ALDRIDGE wrote that the videos depicted his step-daughter and his 12 year old neighbor. ALDRIDGE then sent the other individual a video entitled "IMG_2452.mov" which depicts a naked minor female walking around what appears to be her bedroom who bends over to wrap her wet hair in a towel, and while she is bent over, the individual producing the video zoomed in on her genitalia area. In the body of this email, ALDRIDGE asked the other individual, "Do u have stuff like this." The other individual responded, "Wow! Love it..my fav kind also...perhaps only a couple like

3

this..i'll have to look." ALDRIGE then wrote, "In glad u like. She 12yo neighbor". In a subsequent email on October 7, 2013, the other individual sent ALDRIDGE an email which read, "Amazing...love your neighbor :)" with a link to several other child pornography videos, one of which was entitled "8d-15.3gp". ALDRIDGE responded, "Could u send me 8d-15.3gp separately please so I can save it. Love it"; thereafter, the file was transmitted. It is a video file approximately one minute and thirty seconds long that depicts a minor female kneeling before an adult male with the mouth of the minor female being penetrated by the penis of the adult male. The minor female then uses her left hand to masturbate the adult male. The adult male eventually ejaculates on the minor female's face.

Ultimately, a search warrant was executed on June 26, 2014. On that day, ALDRIDGE was advised of and knowingly, intelligently, and voluntarily waived his rights pursuant to *Miranda*. ALDRIDGE agreed to an interview, which was recorded, during which he stated, in sum and substance, that he had viewed child pornography and distributed the videos of child pornography described above, but initially denied taking the video described. After changing his story several times, ALDRIDGE eventually acknowledged that he had filmed the video by secreting a recorder without the females' knowledge at his parent's residence and that Jane Doe was 15 years old when he took the video.

On or about December 26, 2014, ALDRIDGE sent a message via Facebook to Jane Doe which read in part, "I'm sure I'm the last person you want to hear from but I just want to say how sorry I am for what I did. I had issues with thing (sic) like that and unfortunately I could not fight it off."

A search warrant on ALDRIDGE's blues10xtreme2001@yahoo.com email account

4

resulted in the recovery of two images of child pornography that were stored and associated with the account. Forensic analysis of ALDRIDGE's Apple iPhone 4S model A1387 (s/n C8PKK13GDTC1) resulted in the recovery of 15 images that depicted minors engaged in sexually explicit conduct.

ALDRIDGE knowingly engaged in a pattern of activity involving the sexual abuse and exploitation of Jane Doe by secretly recording her without her knowledge for the purpose of producing the visual depictions of Jane Doe, who was 15 years old at the time, specifically the two videos that captured her in a state of undress, to include images of her genitalia, which ALDRIDGE then distributed to other individuals via email to encourage others to engage in the production and exchange of additional images and videos depicting minors engaged in sexually explicit conduct.

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_____          4/22/15
Michael Eugene Aldridge              Date

_____          4/22/15
Joseph Murtha, Esq.                  Date
Counsel for Aldridge

5